IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:05CR86 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| NICHOLE F. FRYE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)  The parties' joint oral motion to continue sentencing is granted;

(2)  Defendant Nichole Frye's sentencing is continued to Monday, October 31, 2005, at 12:30 p.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney Federal Building and United States Courthouse, **Lincoln**, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 13, 2005.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge